*ney General Berge,* and *Messrs. Oscar A. Provost* and *Louis B. Schwartz* for the United States.

No. 1019. CENTRAL NATIONAL BANK, TRUSTEE, *v.* O'BRIEN, EXECUTOR. June 2, 1941. Petition for writ of certiorari to the Court of Appeals, Franklin County, Ohio, denied. *Mr. Orlin F. Goudy* for petitioner. *Messrs. Fred C. Rector* and *Richard T. Rector* for respondent.

No. 1041. THOMAS ET AL. *v.* ROSSETTER ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd C. Whitman* for petitioners. *Mr. Isaac E. Ferguson* for respondents.

No. 1050. VAN AUKEN, ADMINISTRATOR, ET AL. *v.* SECOND NATIONAL BANK & TRUST CO., TRUSTEE, ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Howell Van Auken* and *William Lucking* for petitioners. *Messrs. Frank A. Rockwith* and *George R. Effler* for respondents.

No. 1051. DIAMANTOPOULOS, MINISTER TO THE UNITED STATES FOR THE KINGDOM OF GREECE, *v.* AMERICAN TOBACCO CO. ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carver W. Wolfe* for petitioner. *Messrs. T. Catesby Jones* and *Henry N. Longley* for respondents.